# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 8, 2014

### NO. 03-12-00324-CV

**Archie Terrell Scaife, Appellant**

**v.**

**The State of Texas, Bell County District Attorney's Office,
Bell County Police Department, and Individuals, Appellees**

**APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order signed by the trial court on March 20, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.